# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# SOUTHWESTERN DIVISION

| | |
|---|---|
| WENDY L. FARLEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 07-5003-CV-SW-FJG-SSA |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner, Social Security | ) |
| Administration | ) |
| | ) |
| Defendant. | ) |

# ORDER

Currently pending before this Court is defendant's Motion to Remand (Doc. # 10).

Agency counsel states that after review of the above referenced case, agency counsel requested the Appeals Council to reconsider the Commissioner's decision. Upon review, the Appeals Council determined that remand was appropriate. Agency counsel states that upon remand the Appeals Council will remand this case to the ALJ to reevaluate plaintiff's impairments. Specifically, the ALJ will be directed to consider plaintiff's obesity as required by Social Security Ruling (SSR) 02-1p, at all steps of the sequential evaluation process. The ALJ will also be directed to reevaluate the medical source opinions, showing that the factors set out in 20 C.F.R. §§ 404.1527(d) and 416.927(d) and SSR 96-2p, 61 Fed.Reg. 34490 (July 2, 1996) were considered and indicating what weight was given to each opinion. The ALJ will also be directed to obtain evidence from orthopedic and psychological or psychiatric medical experts to clarify the nature and severity of plaintiff's physical and mental impairments. After reevaluating plaintiff's impairments and the medical source opinions, the ALJ will be

directed to reevaluate plaintiff's credibility pursuant to Social Security Ruling (SSR) 96-7p, 61 Fed. Reg. 34483 (July 2, 1996).  Finally, the ALJ will be directed to reevaluate plaintiff's residual functional capacity, providing a narrative discussion describing how the evidence supports each conclusion.  The ALJ will also be directed to obtain supplemental evidence from a vocational expert and to issue a new decision.

Therefore, this Court hereby **ORDERS** that the Administrative Law Judge's decision is **REVERSED** and this case is **REMANDED** to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g).


Date:   7/30/07                            **S/ FERNANDO J. GAITAN**, **JR.**
Kansas City, Missouri               Fernando J. Gaitan, Jr.
                                                               Chief United States District Judge